Lucy C. Simons, Respondent, v. Sol Simons, Appellant.— Order unanimously modified by reducing the temporary alimony for the support and main-

tenance of plaintiff to the sum of $100 a week and the counsel fee to the sum of $1,500, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.